USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
WOODROW FLEMMING,
                       Plaintiff,

              -against-

EDWARD VELARDI, et al.,
                       Defendants.
------------------------------------------------------------- X

**OPINION**
02 Civ. 4113 (RLC)

**ROBERT L. CARTER, District Judge**

       Woodrow Flemming was arrested on February 28, 2001, by New York City Police Officers Edward Velardi and Christopher Tenore. On May 31, 2002, Flemming brought a civil action against defendants, alleging false arrest and excessive use of force. On July 16, 2008, following a three day trial, a jury returned a verdict in favor of defendants. Flemming moved *pro se* pursuant to Federal Rules of Civil Procedure 15(c), 34, 50(b), 51, 52, 59(b), and 60(b)(6) to overturn or otherwise disturb that verdict. On November 18, 2008, the court denied those motions and ordered the Clerk of the Court to close the case. Familiarity with the November 18, 2008, opinion is assumed. On December 19, 2008, and February 3, 2010, Flemming moved anew pursuant to Rules 59 and 60(b) to overturn or otherwise disturb the July 16, 2008, verdict. For the reasons given in the November 18, 2008, opinion denying Flemming's motion to overturn or otherwise disturb the July 16, 2008, verdict, Flemming's December 19, 2008, and February 3, 2010, motions to overturn or otherwise disturb the July 16, 2008, verdict are denied.

**IT IS SO ORDERED.**

DATED:     New York, New York
               April 21, 2010

                                                 Robert L. Carter
                                                United States District Judge